IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02108-WDM-MJW

LARRY SAVARD, et al,

Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., et al,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Leave to Submit Response to Motion to Dismiss One Day Out of Time (Docket No. 8) is granted, finding good cause shown, and thus the Response (Docket No. 7) shall be deemed to have been timely filed.

Date: October 6, 2009