IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02108-WDM-MJW

LARRY SAVARD, et al.,

Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 30) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 30-2) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date:  January 25, 2010