IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02108-WDM-MJW

LARRY SAVARD and
BARBARA SAVARD,

Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., and
MICHELLE A. MILLER, as Public Trustee for Park County, Colorado,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Motion of Defendant JP Morgan Chase Bank, N.A. for an Order that Its Requests for Admissions be Deemed Admitted and for Additional Appropriate Relief (docket no. 61) is GRANTED. The Plaintiffs have failed to timely file a response to the subject motion and this court deems the subject motion confessed. Defendant JP Morgan Chase Bank, N.A.'s Requests for Admissions numbered 1 through 18, inclusive are all deemed admitted by Plaintiffs. Each party shall pay their own attorney fees and costs for the subject motion.

Date: October 15, 2010