IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02108-WDM-MJW

LARRY AND BARBARA SAVARD

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A and MICHELLE A. MILLER, as Public Trustee for Park County, Colorado

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CLARIFY DEADLINE TO RESPOND TO DEFENDANT JP MORGAN CHASE BANK'S MOTION FOR SUMMARY JUDGMENT
( Docket No. 80 )

---

This matter having come before the Court on Plaintiffs' Unopposed Motion to Clarify Deadline to Respond to Defendant JP Morgan Chase Bank's Motion for Summary Judgment, and the Court being well advised in the grounds therefore,

IT HEREBY IS ORDERED: The motion ( D.N. 80 ) is granted. And

1. Plaintiffs shall file their response to Defendant JP Morgan Chase Bank's Motion for Summary Judgment on or before November 8, 2010.

2. Defendant JP Morgan Chase Bank shall file its response to Plaintiffs' Motion for Summary Judgment on or before November 11, 2010.

Entered this 1st day of November, 2010.

1

BY THE COURT:

_____ 11-1-10
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO