IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Laura Galera<br>Court Reporter: Kara Spitler | Date: February 17, 2011 |

**Civil Action No.  09-cv-02108-WDM**

| Parties: | Counsel: |
|---|---|
| LARRY SAVARD, and<br>BARBARA SAVARD, | John G. Nelson |
| Plaintiff, | |
| vs. | |
| JP MORGAN CHASE BANK N.A. | Eric Bentley |
| Defendant. | |

## COURTROOM MINUTES

Hearing Regarding: Trial Preparation Conference

**2:05 p.m.     Court in session**.

Appearances of counsel.

Bench trial is scheduled to commence on **Monday, February 28, 2011, at 9:00 a.m.**

Court and counsel discuss the length of the trial.

Court and counsel discuss trial exhibits and witnesses.

**The parties stipulated Exhibits 1-4 inclusive, 6,7,8, 10, 31,38, 43,44 are admitted into evidence.**

Parties discuss Exhibits 6,7,31, 48 and 50-56.

Court takes judicial notice of exhibits 50-54.

The Plaintiff objects to exhibits 55 and 56.

Court reserves ruling on the admission of exhibits 55 and 56.

Defendant requests claims be limited to those that have been disclosed.

Plaintiff addresses the Court regarding Defendant's request regarding the claims.

Parties address the court regarding pending motions.

**3:17 p.m.      Court in recess.**

**3:37 p.m.      Court in session.**

Argument regarding the Motion In Limine To Prohibit Testimony Of Undisclosed Witnesses [93].

**It was ORDERED**:

1. Plaintiff is limited to their complaint as modified by the pretrial order.

2. Relief is limited to rescission at this time.

3. Plaintiff to file a Proposed Findings Of Fact and Conclusions Of Law by **February 21, 2011.**

4. Plaintiff's Unopposed Motion To Withdraw Deemed Admissions [102] is GRANTED and Minute Order [79] is VACATED.

5. Court considers the Statement Of Parties Regarding Proposed Amendments To Final Pretrial Order [96] to be a motion to amend the pretrial order. The Court GRANTS [96] to indicate the correct party.

6. Plaintiff's Motion In Limine To Prohibit Testimony Of Undisclosed Witnesses [93] is GRANTED in part to preclude witness Peter Katsikas testimony. Witness Vicki Novotny-Landis is allowed to testify as to foundation of the documents and as a fact witness.

7. Defendant's JP Morgan Chase Bank, N.A.'S Motion For Summary Judgment With Supporting Authority [66] is DENIED.

Court reserves ruling on the Plaintiff's Motion For Summary Judgment [72].

**3:54 p.m.        Court in recess.**

Total in-court time: 1:29 minutes
Hearing concluded.