IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.: 09-cv-02108-WDM-MJW

LARRY SAVARD and
BARBARA SAVARD,

    Plaintiff,

vs.

JP MORGAN CHASE BANK N.A.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 1st day of March, 2011.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____    _____
Counsel for Plaintiff                         Counsel for Defendant